S/ David Briones
No Bond

PROB 12C(7/93)

# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TEXAS

OCT - 3 2014

Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Isael Cruz-Barrios

**Case Number:** EP-12-CR-2130DB   M-14-1946-M

**Name of Sentencing Judicial Officer:** David Briones, Senior U.S. District Judge

**Date of Original Sentence:** November 8, 2012

**Original Offense:** Illegal Re-Entry, a violation of 8 U.S.C. § 1326

**Original Sentence:** Three years probation

**Type of Supervision:** Probation

**Date Supervision Commenced:** November 8, 2012

**Assistant U.S. Attorney:** Kerry Blackburn                **Defense Attorney:** Sandra S. Lewis

---

## PETITIONING THE COURT

[X]   To issue a warrant

[ ]   To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

**Violation Number 1:** The Defendant shall not commit another federal, state, or local crime during the term of supervision.

> **Nature of Noncompliance:** On September 12, 2014, Isael Cruz-Barrios was encountered by Border Patrol agents near Roma, Texas. Cruz-Barrios did not possess any legal documents allowing him to enter or remain in the United States. Immigration records reflect that Cruz-Barrios was last removed to Mexico on November 22, 2012. Cruz-Barrios was subsequently arrested and charged with Improper Entry by Alien, in violation to 8 U.S.C. § 1325, in the Southern District of Texas, McAllen Division in Docket No. 7:14-PO-04896. On September 15, 2014, Cruz-Barrios pled guilty and was sentenced to 30 days custody.

Isael Cruz-Barrios
Docket No. EP-12-CR-2130DB
Petition for Warrant or Summons for Offender Under Supervision
Page 2

**Violation Number 2:** If the defendant is excluded, deported or removed upon release on probation or supervised release, the term of supervision shall be a non-reporting term of probation or supervised release. The defendant shall not illegally reenter the United States. If the defendant lawfully reenters the United States during the term of probation or supervised release, the defendant shall immediately report in person to the nearest U.S. Probation Office.

**Nature of Noncompliance:** On September 12, 2014, Isael Cruz-Barrios, a citizen of Mexico, was encountered by Border Patrol agents near Roma, Texas without any legal documents allowing him to enter or remain in the United States. Immigration records reflect that Cruz-Barrios was last removed to Mexico on November 22, 2012.

**U.S. Probation Officer Recommendation:**

The term of supervision should be

       [X] revoked.

       [ ] extended for _____ years, for a total term of _____ years.

       [ ] the conditions of supervision should be modified as follows:

Respectfully submitted,

Magdalena Chaparro
U.S. Probation Officer
Office (915) 585-6586
Cellular (915) 861-8892
Date: September 23, 2014

Approved by,

Sylvia S. Pineda
Supervising U.S. Probation Officer
Office (915) 585-6516
Cellular (915) 861-8904

Isael Cruz-Barrios
Docket No. EP-12-CR-2130DB
Petition for Warrant or Summons for Offender Under Supervision
Page 3

## THE COURT ORDERS:

[ ] No action.

[✓] The issuance of a warrant.

[ ] The issuance of a summons.

[ ] Other

_____
David Briones, Senior U.S. District Judge

9-29-2014
_____
Date